IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| BRUCE A. HILER, as Trustee of BRUCE A. HILER DELAWARE QPRT and ELAINE M. CACHERIS, as Trustee of the ELAINE M. CACHERIS DELAWARE QPRT, | § § § § | No. 576, 2014 |
| | § | |
| Respondents/Counterclaim and Third-Party Plaintiffs Below, Appellants, | § § § § | Court Below: |
| | § | |
| v. | § § | Court of Chancery of the State of Delaware |
| PAUL G. KUHNS and ANNE M. KUHNS, | § § | C. A. No. 7586-VCG |
| Petitioners/Counterclaim Defendants Below, Appellees, | § § § § | |
| and | § § | |
| THE CITY OF REHOBOTH BEACH, a municipal corporation of the State of Delaware, and GREGORY FERRESE, in his capacity as the City Manager of the City of Rehoboth Beach, | § § § § § § | |
| | § | |
| Third-Party Defendants Below, Appellees. | § § | |

Submitted: June 17, 2015
Decided: July 6, 2015

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

## **O R D E R**

This 6th day of July 2015, the Court, having considered this matter on the

briefs and the oral arguments of the parties, and having concluded that the same

should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated March 31, 2014, its Order entering summary judgment dated May 28, 2014, and its Order of Final Judgment pursuant to Court of Chancery Rule 54(b) dated September 11, 2014.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgments of the Court of Chancery be, and the same hereby are, AFFIRMED.

BY THE COURT:


/s/ Karen L. Valihura
Justice